302 U.S. 726
 58 S.Ct. 47
 82 L.Ed. 561
 Thomas R. PURMAN, petitioner,
v.
Alice A. SMITH.*
 No. 336.
 Supreme Court of the United States
 October 11, 1937
 
 1
 Mr. Thomas R. Purman, pro se.
 
 
 2
 For opinion below, see 126 Pa.Super. 234, 191 A. 65.
 
 
 3
 Petition for writ of certiorari to the Superior Court of the Commonwealth of Pennsylvania denied.
 
 
 
 *
 Rehearing denied 302 U.S. 776, 58 S.Ct. 137, 82 L.Ed. ——.